**COMMONWEALTH of Pennsylvania,**
**Respondent,**

v.

**Dennis GAFFNEY, Petitioner.**

Supreme Court of Pennsylvania.

May 8, 1998.

### *ORDER*

PER CURIAM:

AND NOW, this 8TH day of MAY, 1998, the Petition for Allowance of Appeal is GRANTED but LIMITED to the following:

Was the sentence illegal in that the Petitioner was sentenced to register with the Pennsylvania State Police pursuant to 42 Pa.C.S. § 9793, but said act was not effective at the time of the commission of the offenses to which Petitioner pled guilty?